UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHANNON GRUICH and FRANK GRUICH, III,**<br>    Plaintiffs<br><br>v.<br><br>**ASM GLOBAL LC, LLC and LANDMARK EVENT STAFFING SERVICES, INC.,**<br>    Defendants | **CIVIL ACTION NO.  2:22-cv-02223**<br><br>**JUDGE SUSIE MORGAN**<br><br>**MAG. JUDGE NORTH** |

### ORDER

Considering the foregoing joint motion to dismiss;

**IT IS ORDERED** that the motion is **GRANTED**. The above captioned action is dismissed with prejudice, each party to bear its own costs. The Court shall continue to retain jurisdiction to enforce the terms of the settlement agreement.

New Orleans, Louisiana, this 15th day of June, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**